3.02Cr72 (AWT)

# FEDERAL DEFENDER
DISTRICT OF CONNECTICUT
265 CHURCH STREET, SUITE 702
NEW HAVEN 06510

THOMAS G. DENNIS
FEDERAL DEFENDER

(203) 498-4200

May 5, 2008

The Honorable Alvin W. Thompson
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

**Re: Financial Affidavit of Kelvin Coleman**

Dear Judge Thompson:

I have enclosed the financial affidavit of Kelvin Coleman. Mr. Coleman is seeking a reduction in his sentence under the new crack cocaine sentencing guidelines. I am requesting that the financial affidavit be filed **under seal and that it remain under seal** until after this litigation is finished.

Thank you in advance for your assistance in this matter.

Respectfully,

Paul F. Thomas
Asst. Federal Defender

PFT/cl
Enclosure