UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR0072(AWT)
                            )
KELVIN COLEMAN              )
-------------------------------
```

**ORDER TO SHOW CAUSE**

The defendant appears to be eligible for a reduction in his sentence of imprisonment under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on retroactive application of the guideline applicable to crack cocaine offenses.

On January 26, 2004, the court imposed a sentence that was at the bottom of the applicable guideline range, and the revised guideline range applicable to the defendant appears to call for a sentence of imprisonment of 87 to 108 months.

Accordingly, it is hereby ordered that the government file a memorandum on or before June 18, 2008, showing why the court should not order that the defendant's sentence of imprisonment be reduced to 87 months.

It is so ordered.

Dated this 20th day of May 2008 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge