UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR72(AWT) |
| | : | |
| v. | : | |
| | : | |
| KELVIN COLEMAN | : | May 27, 2008 |

**GOVERNMENT'S NOTICE REGARDING DEFENDANT'S ELIGIBILITY FOR A SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)**

The United States is unaware of any section 3553(a) factors that would cause this Court to impose a new sentence other than at the bottom of the new Guidelines range, which in this case is 87 to 108 months of incarceration. Accordingly, it is respectfully submitted that, pursuant to 18 U.S.C. § 3582(c) and the amended Guidelines governing cocaine base, the Court may exercise its discretion to lower the defendant's sentence from 108 months of incarceration to 87 months of incarceration.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct01503
450 Main Street
Hartford, Connecticut  06103

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of March, 2008, I caused a copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to the following:

    Kelvin Coleman
    Prisoner No. 14592-014
    FCI RAY BROOK
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 300
    RAY BROOK, NY 12977

    Senior United States Probation Officer Ray Lopez
    United States Probation Office
    United States District Court, Rm. 211
    Bridgeport, CT 06604

_____
                            MICHAEL J. GUSTAFSON
                            ASSISTANT UNITED STATES ATTORNEY